IN THE CIRCUIT COURT, IN AND FOR
MARION COUNTY, FLORIDA

CASE NO.

THELMA POPE,

    Plaintiff,

vs.

MEGA LIFE AND HEALTH
INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff by and through the undersigned attorney and sues the Defendant, a corporation authorized and doing business in the state of Florida, and alleges as follows:

1. This is an action for damages which exceed Fifteen Thousand and 00/100 ($15,000.00) Dollars, exclusive of interest, costs and attorneys fees.

2. Plaintiff received medical treatment between April 27, 2007 and December 2008.

3. Defendant provided Plaintiff with medical insurance benefits which should have paid the medical bills incurred as a result of this medical treatment. A copy of the insurance policy is attached hereto as Exhibit A.

4. As a result of the medical treatment, Plaintiff incurred certain medical expenses that should have been paid by Defendant under the insurance policy, but were not. A copy of the unpaid medical bills are attached as Exhibit B-1; and a copy of the bills paid by Plaintiff are attached as Exhibit B-2.

5. Plaintiff has furnished Defendant insurance company with a properly filled out and executed Notice of Claim, Claim Forms, and Proof of Loss, and otherwise has

performed all conditions precedent to entitle Plaintiff to recover under the policy, but Defendant wrongfully has refused and continues to refuse to pay for Plaintiff's covered losses.

6.  Defendant has failed to pay the statutory interest penalties and the statutory attorneys fees required by law.

7.  Plaintiff remains fully prepared to comply with his obligations pursuant to the aforesaid policy of insurance by submitting bills for medical treatment received and wages lost. These bills will be submitted upon request.

8.  Because of Defendant's refusal to pay Plaintiff's losses, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

WHEREFORE, Plaintiff demands judgment against Defendant for all covered losses with interest on any overdue payments, attorney's fees pursuant to F.S. Sections 627.428, 627.6698, 641.28, 57.041, and 92.231, and costs, and demands trial by jury.

DATED this 2nd day of May, 2008.

THE NATION LAW FIRM

_____
Mark A. Nation, Esquire
Florida Bar No.: 968560
570 Crown Oak Centre Dr.
Longwood, FL 32750
Phone: (407)339-1104
Attorney for Plaintiff